[Nos. 68847-2-I; 68848-1-I.   Division One.   September 30, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY RUSSELL WOODS, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 10-1-06400-8, Kimberley Prochnau, J., entered April 18, 2012. *Affirmed* by unpublished opinion per Spearman, A.C.J., concurred in by Schindler and Dwyer, JJ.

[No. 69134-1-I.   Division One.   September 30, 2013.]

MICHAEL DURLAND ET AL., *Appellants*, v. SAN JUAN COUNTY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for San Juan County, No. 12-2-05047-4, Donald E. Eaton, J., entered July 6, 2012. *Affirmed* by unpublished opinion per Cox, J., concurred in by Appelwick and Schindler, JJ.

[No. 42990-0-II.   Division Two.   October 1, 2013.]

*In the Matter of the Marriage of* JASON EHLERT, *Respondent*, and MARIA SPURIA-EHLERT, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-3-01214-9, Frederick W. Fleming., J., entered December 23, 2011. *Reversed* and *remanded* by unpublished opinion per Bjorgen, J., concurred in by Hunt and Penoyar, JJ.

[No. 43303-6-II.   Division Two.   October 1, 2013.]

*In the Matter of the Marriage of* RICHARD B. FERGUSON, *Respondent*, and PAMELA A. FERGUSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-3-02649-0, Stephanie A. Arend, J., entered March 16, 2012. *Affirmed* by unpublished opinion per Maxa, J., concurred in by Worswick, C.J., and Hunt, J.